UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ronnie G. Issette Jr.　　　　　　　　　　　　　　　　　　Docket No. 5:14-MJ-2426-1

**Petition for Action on Probation**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ronnie G. Issette Jr., who upon an earlier plea of guilty to Driving While Impaired Level 2, in violation of 18 U.S.C. § 13 assimilating NCGS 20-138.1 was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on May 6, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 30, 2015, the offender submitted a urine sample that was positive for cocaine. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we respectfully recommend that his probation be modified to include a drug aftercare condition and three additional days in the custody of the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of three additional days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　　　　/s/ Tiffany C. Peacock
Robert L. Thornton　　　　　　　　　　　　　　　　Tiffany C. Peacock
Supervising U.S. Probation Officer　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2545
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: November 16, 2015

### ORDER OF THE COURT

Considered and ordered this __17th__ day of __November__, 2015 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge