UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ronnie G Issette Jr          Docket No. 5:14-MJ-2426-1

**Petition for Action on Probation**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ronnie G Issette Jr, who, upon an earlier plea of guilty to Level -2 Driving While Impaired in violation of 18 U.S.C. §13 assimilating NCGS 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on May 6, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During the period of probation, Mr. Issette failed to satisfy the court ordered monetary obligation due to financial difficulties experienced by the defendant. He has also failed to complete his court ordered DWI treatment, but has completed the assessment. Mr. Issette has severe anxiety and is barely able to make ends meet. We recommend that the term of probation be extended for a period of six months to allow him additional time to pay his monetary obligations as well as complete other court ordered conditions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of probation be extended for a period of 6 months from the expiration date of May 6, 2016, until November 6, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545<br>Executed On: March 17, 2016 |

**ORDER OF THE COURT**

Considered and ordered this __23rd__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge